■ MICHAEL SAID, Individually and as Parent and Natural Guardian of MARK SAID, Respondent-Appellant, v GABRIEL A. ASSAAD et al., Defendants, and WESTERN PRODUCTS, INC., a Division of DOUGLAS DYNAMICS, INC., et al., Appellants-Respondents. (Appeal No. 4.) [736 NYS2d 285] —Order and judgment reversed on the law without costs, motion by defendants Western Products, Inc., a Division of Douglas Dynamics, Inc., and Douglas Dynamics, Inc. granted and new trial granted in accordance with the same Memorandum as in *Said v Assaad* ([appeal No. 3] 289 AD2d 924 [decided herewith]).

All concur except Hayes, J., who dissents and votes to vacate in the same dissenting Memorandum as in *Said v Assaad* ([appeal No. 3] 289 AD2d 924, 930 [decided herewith]). (Appeals from Order and Judgment of Supreme Court, Onondaga County, Major, J.—Damages.) Present—Pigott, Jr., P. J., Hayes, Wisner, Kehoe and Burns, JJ.